OPINION — AG — ** SCENIC RIVER COMMISSION — COMMERCIAL CANOE FEES — JURISDICTION ** THE OKLAHOMA SCENIC RIVER COMMISSION FOR THE ILLINOIS RIVER AND FLINT CREEK RIVER AREAS, THROUGH COMMISSION RULE 600.5(D), AS ADOPTED JUNE 4, 1980, MAY 'NOT' VALIDLY CONDITION ITS AUTHORITY TO SET COMMERCIAL CANOE FEES UPON CONSENT OF A MAJORITY OF THE COMMERCIAL CANOE FEES UPON CONSENT OF A MAJORITY OF THE COMMERCIAL COMMISSION RULE 600.5(D), TO THE EXTENT THAT IT REDELEGATES THE DISCRETIONARY POWER OF THE COMMISSION TO THESE COMMERCIAL CANOE OPERATORS AND CONTRAVENES 82 O.S. 1470 [82-1470](A), IS VOID AS CONTRARY TO EXPRESS LEGISLATIVE INTENT AND AS AN UNLAWFUL REDELEGATION OF DELEGATED AUTHORITY. (USE FEES, ADMINISTRATIVE LAW, WATERS AND WATER RIGHTS) CITE: 82 O.S. 1470 [82-1470](D), 82 O.S. 1470 [82-1470](E), 82 O.S. 1470 [82-1470](F), 82 O.S. 1470 [82-1470](C), 82 O.S. 1470 [82-1470](B), 82 O.S. 1470 [82-1470](A), 82 O.S. 1461 [82-1461](F), 82 O.S. 1461 [82-1461](E), 82 O.S. 1461 [82-1461](A), 82 O.S. 1452 [82-1452](A), 82 O.S. 1451 [82-1451] (MICHAEL SCOTT FERN)